

**SEALED**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on November 3, 2016

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | GRAND JURY ORIGINAL |
| | : | |
| MARQUISE ANTONIO SMITH, | : | VIOLATIONS: |
| also known as "Quise" | : | 18 U.S.C. § 1951 |
| Defendant. | : | (Interference with Interstate Commerce by Robbery) |
| | : | 18 U.S.C. § 2113(a) (Bank Robbery) |
| | | |
| | | FORFEITURE: |
| | | 18 U.S.C. § 981(a)(1)(C); |
| | | 28 U.S.C. § 2461(c); and |
| | : | 21 U.S.C. § 853(p) |

Case No: 1:18-CR-128
Assigned To: Judge Amit P. Mehta
Date Assigned: 5/3/2018
Description: INDICTMENT (B)

**I N D I C T M E N T**

The Grand Jury charges that:

**COUNT ONE**

On or about June 19, 2017, within the District of Columbia, the defendant, **MARQUISE ANTONIO SMITH**, also known as "Quise," did unlawfully obstruct, delay and affect, and attempt to obstruct, delay and affect, commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery as that term is defined in Title 18, United States Code, Section 1951, in that the defendant, **MARQUISE ANTONIO SMITH**, also known as "Quise," did unlawfully attempt to take and obtain property consisting of U.S. currency, which was in the possession and custody of the CVS Pharmacy store located at 2226 Wisconsin Avenue, NW, Washington, D.C., from the presence of an agent, an employee of the CVS Pharmacy store located at 2226 Wisconsin Avenue, NW, in the

District of Columbia, against his will by means of actual and threatened force, violence, and fear of injury, immediate and future, to his person and property, and property in his custody or possession, while he was engaged in commercial activities as an agent of the CVS Pharmacy store, a business that was engaged in and that affects interstate commerce.

(**Interference with Interstate Commerce By Robbery**, in violation of Title 18, United States Code, Section 1951)

## COUNT TWO

On or about June 19, 2017, within the District of Columbia, **MARQUISE ANTONIO SMITH**, also known as "Quise," by force, violence and intimidation attempted to take from the person or presence of another money, namely U.S. currency, belonging to and in the care, custody, control, management, and possession of the Wells Fargo Bank, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation.

(**Bank Robbery**, in violation of Title 18, United States Code, Section 2113(a))

## COUNT THREE

On or about June 19, 2017, within the District of Columbia, the defendant, **MARQUISE ANTONIO SMITH**, also known as "Quise," did unlawfully obstruct, delay and affect, and attempt to obstruct, delay and affect, commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery as that term is defined in Title 18, United States Code, Section 1951, in that the defendant, **MARQUISE ANTONIO SMITH**, also known as "Quise," did unlawfully attempt to take and obtain property consisting of U.S. currency, which was in the possession and custody of the CVS Pharmacy store located at 5227 Georgia Avenue, NW, Washington, D.C., from the presence of an agent, an employee of the CVS Pharmacy store located at 5227 Georgia Avenue, NW, in the

District of Columbia, against his will by means of actual and threatened force, violence, and fear of injury, immediate and future, to his person and property, and property in his custody or possession, while he was engaged in commercial activities as an agent of the CVS Pharmacy store, a business that was engaged in and that affects interstate commerce.

**(Interference with Interstate Commerce By Robbery**, in violation of Title 18, United States Code, Section 1951)

## COUNT FOUR

On or about June 19, 2017, within the District of Columbia, **MARQUISE ANTONIO SMITH**, also known as "Quise," by force, violence and intimidation did take from the person or presence of another money, namely $2,340 in U.S. currency, belonging to and in the care, custody, control, management, and possession of the PNC Bank, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation.

**(Bank Robbery**, in violation of Title 18, United States Code, Section 2113(a))

## FORFEITURE ALLEGATION

1. Upon conviction of the offense alleged in Count Four, the defendant shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds traceable to this offense, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

2. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

   d.   has been substantially diminished in value; or

   e.   has been commingled with other property that cannot be divided without

        difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to 21 U.S.C. § 853(p).

   (**Criminal Forfeiture**, pursuant to Title 18, United States Code, Section 981(a)(1)(C), Title 28, United Sates Code, Section 2461(c), and Title 21, United States Code, Section 853(p))

                          A TRUE BILL:


                          FOREPERSON.

*Jessie K. Liu (GJ)*

Attorney of the United States in
and for the District of Columbia.