AO 442 (Rev. 11/11) Arrest Warrant
(DC 6/6-16)

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br><br>Marquise Smith | )<br>)<br>)  Case No.  0090 1:18CR00128-001<br>)<br>) |

U.S. MARSHAL-DC
RECEIVED OCT 17 '23 AM10:

## ARREST WARRANT

To:     Any authorized law enforcement officer

   **YOU ARE COMMANDED** to arrest and bring before a United States Magistrate Judge without unnecessary delay

*(name of person to be arrested)* Marquise Smith

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment       ☐ Superseding Indictment       ☐ Information       ☐ Superseding Information       ☐ Complaint
☐ Probation Violation Petition       ☑ Supervised Release Violation Petition       ☐ Violation Notice       ☐ Order of the Court

This offense is briefly described as follows:
See attached petition.

Date: October 16, 2023

City and State: Washington, DC

Amit Mehta
Digitally signed by Amit Mehta
Date: 2023.10.16 22:43:53 -04'00'

*Issuing Officer's Signature*

**Amit P. Mehta, U.S. District Judge**
*Printed Name and Title*

### Return

This warrant was received on *(date)* 12/18/23, and the person was arrested on *(date)* 12/18/23
at *(city and state)* Washington D.C.

Date: 12/18/23

*Arresting Officer's Signature*

Kenneth K[...] DUSM

*Printed Name and Title*